# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>DENI JUNGIC WOLF<br><br>*Defendant* | )<br>)<br>) Case No. 3:25-mj-00168<br>)<br>)<br>)<br>) |

**RECEIVED**
By JFitzpatrick at 4:10 pm, Jun 18, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DENI JUNGIC WOLF,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and (b) - Assaulting a federal officer and inflictng in bodily injury

Date: 06/18/2025

*Issuing officer's signature*

City and state: Portland, Oregon

STACIE F. BECKERMAN, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/18/2025, and the person was arrested on *(date)* 06/18/2025
at *(city and state)* Portland, Oregon.

Date: 06/18/2025

Deputy Jason Fitzpatrick on behalf of
*Arresting officer's signature*

FBI Special Agent Benjamin Braverman
*Printed name and title*