UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00371-IM |
| v. | INDICTMENT |
| DENIS JUNGIC WOLF, | 18 U.S.C. § 111(a)(1), and<br>41 C.F.R. § 102.74.385 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
(Assaulting, Resisting, and Impeding a Federal Officer)
(18 U.S.C. § 111(a)(1))

On or about June 16, 2025, in the District of Oregon, defendant **DENIS JUNGIC WOLF** did forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in 18 U.S.C. § 1114, to wit: Victim Officer One, who was engaged in official duties, and in the course of said assault, did cause physical contact with Victim Officer One;

In violation of Title 18, United States Code, Section 111(a)(1).

### COUNT 2
(Failing to Obey a Lawful Order)
(41 C.F.R. § 102.74.385)

On or about June 16, 2025, in the District of Oregon, defendant **DENIS JUNGIC WOLF** did willfully enter in and on federal property, to wit: the grounds of the Immigration and

Customs Enforcement Building and fail to comply with the lawful direction of federal police officers and other authorized individuals

In violation of Title 40, United States Code Section 1315 and Title 41, Code of Federal Regulations, Section 102.74.385, a class C misdemeanor.

Dated: September 16, 2025

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
SCOTT E. BRADFORD
United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney