## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00371-IM |
| v. | SUPERSEDING INFORMATION |
| DENIS JUNIC WOLF, | 18 U.S.C. § 111(a)(1) |
| Defendant. | |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (ASSAULTING AND RESISTING A FEDERAL OFFICER)
### (18 U.S.C. § 111(a)(1) - Misdemeanor)

On or about July 4, 2025, in the District of Oregon, defendant **DENIS JUNIC WOLF**

did forcibly assault and resist, a person designated in 18 U.S.C. § 1114, to wit: by kicking Victim

Officer One, who was engaged in official duties,

In violation of Title 18, United States Code, Section 111(a)(1), a Class A misdemeanor.

Dated:  March 3, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

PAUL T. MALONEY, OSB#013366
Assistant United States Attorney

**Information**                                                                                      **Page 1**